# US DISTRICT COURT

## Western District of Wisconsin

FILED/REC'D

2026 MAY 11  A 10: 09

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

*Kristen Mendez*

**Case NO.**

*vs.*

26-cv-449-wmc

*Jack Stoller, Dawn Hill-Kearse*

---

1. Defendant Dawn Hill-Kearse delayed work,
2. Defendant Jack Stoller tolerated misconduct,
3. The award shall be decided by the Court.

*Kristen Mendez,*sworn under penalty of perjury above is true and correct.

*Kristen Mendez*

---